

NUMBER 13-10-00696-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### ESTATE OF AGNES W. MEELER, DECEASED

### On Appeal from the County Court at Law No. 2
### of Victoria County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on April 28, 2011, to allow the parties the opportunity to engage in settlement negotiations. This cause is now before the Court on appellant's motion to dismiss the appeal on grounds that the parties have reached a settlement agreement. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal without prejudice, is of the opinion that the motion should be granted.

*See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of August, 2011.